B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**White, Deborah J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba A & W Concrete Construction, Inc.**<br>**fdba Debmar Management Corporation**<br>**fdba Sademar Pumping & Trucking, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5958** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1577 Shay Drive**<br>**Santa Rosa, CA**<br>ZIPCODE **95401** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Sonoma** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3191 Sebastopol Road, Santa Rosa, CA**                                         ZIPCODE **95407** |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| [x] Full Filing Fee attached<br><br>[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>[ ] A plan is being filed with this petition<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**White, Deborah J.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **White, Deborah J.** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Deborah J. White*

Signature of Debtor                    **Deborah J. White**

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March  2, 2010**

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

**X** */s/ Paul Jamond*

Signature of Attorney for Debtor(s)

**Paul Jamond 61613**
**Paul Jamond**
**200 Fourth Street #300**
**Santa Rosa, CA  95401**

**jamond@pacbell.net**

**March  2, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of California**

IN RE:                                                                Case No. _____

**White, Deborah J.** _____   Chapter **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Deborah J. White** _____

Date: **March  2, 2010** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01356-CAN-CC-009977077

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 19, 2010, at 6:34 o'clock PM EST,

Deborah  White received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: February 19, 2010          By        /s/Charlotte Cox

                                 Name     Charlotte Cox

                                 Title     Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Northern District of California

**IN RE:**                                                    Case No. _____

**White, Deborah J.** _____    Chapter **7** _____
                      <span>Debtor(s)</span>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                          the Social Security number of the officer,
_____     principal, responsible person, or partner of
_____     the bankruptcy petition preparer.)
                                                                 (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**White, Deborah J.** _____     **X** */s/ Deborah J. White* _____ 3/02/2010
Printed Name(s) of Debtor(s)                              Signature of Debtor                     Date

Case No. (if known) _____     **X** _____
                                                          Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of California

**IN RE:**

Case No. _____

**White, Deborah J.** _____ Chapter **7** _____

<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,350,000.00 | | |
| B - Personal Property | Yes | 3 | $ 36,313.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 3,412,072.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 186,977.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | $ 3,573,535.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,901.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,811.00 |
| | TOTAL | 60 | $ 1,386,313.00 | $ 7,172,585.51 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of California

**IN RE:**                                                      Case No. _____

**White, Deborah J.**                                    Chapter **7** _____

                          Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.          Case No. _____
<br>Debtor(s)                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **100% interest in 2696 Arbor Grove Lane, Santa Rosa, CA 95407. Single family dwelling. No equity in property.** | | | **300,000.00** | **513,101.00** |
| **50% ownership interest in 3191 Sebastopol Road, Santa Rosa, CA 95407. Used as location of A & W Concrete, Inc. Value of entire property apx. $350,000 - debtors 50% interest apx. $175,000. Property subject to $454,000 secured 1st Deed of Trust. No equity in property.** | | | **350,000.00** | **1,766,396.00** |
| **50% ownership interest in 917 Campoy Street, Santa Rosa, CA -- single family dwelling. Total value of entire house apx. $300,000. Value of Debtor's 50% interest apx. $150,000. Property subject to $546,000 1st Deed of Trust. No equity in property.** | | | **300,000.00** | **550,219.00** |
| **Improved real property at 1577 Shay Drive, Santa Rosa, CA 95401. No equity in property.** | | | **400,000.00** | **1,866,032.00** |
| | | **TOTAL** | **1,350,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J. _____ Case No. _____
<div align="center">Debtor(s)                                           (If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account, First Community Bank, Santa Rosa, CA** | | **6.00** |
| | | **Checking account, First Community Bank, Santa Rosa, CA** | | **5.00** |
| | | **Checking account, Redwood Credit Union, Santa Rosa, CA** | | **25.00** |
| | | **Savings account, Redwood Credit Union, Santa Rosa, CA** | | **102.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, furniture, furnishings, personal effects, tools, provisions, supplies, computer, other misc.** | | **10,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books, pictures, 2 paintings (no artist), Fenton Glassware Collection, other misc.** | | **2,500.00** |
| 6.  Wearing apparel. | | **Clothing** | | **500.00** |
| 7.  Furs and jewelry. | | **Misc. jewelry** | | **3,500.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance with New York Life - death benefit $1 million - no cash or loan value.** | | **nil** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% interest in ABW Plumbing. Corporate shell. Corp formed 2006; never funded; stock never issued; shell only no value** | | **nil** |
| | | **50% interest in Debmar Management Inc. (nil value, company insolvent)** | | **nil** |
| | | **50% interest in Sedemar Pumping & Trucking Inc (company** | | **nil** |

IN RE **White, Deborah J.**                                                   Case No. _____
<u>                                                                              </u>
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | insolvent, no value) | | |
| | | 50% interest in shell corporation "Debmar Development Corporation". Formed corporation 2006; never funded; stock never issued. Empty shell only. | | nil |
| | | 50% shareholder interest in A & W Concrete Construction, Inc. (nil value, company insolvent) | | nil |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Unemployment benefits $475 per week | | 475.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Tahoe - 81799 miles | | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. office equipment, desk, fax, computer | | 1,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
　　　　　　　Debtor(s)                                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **State and Fed Income tax refund rights 2009 (likely to be set off against existing tax Debt)** | | **3,000.00** |
| | | | **TOTAL** | **36,313.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____  Case No. _____
<span style="display:block; text-align:center;">Debtor(s)</span>        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| **Checking account, First Community Bank, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 6.00 | 6.00 |
| **Checking account, First Community Bank, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| **Checking account, Redwood Credit Union, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 25.00 | 25.00 |
| **Savings account, Redwood Credit Union, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 102.00 | 102.00 |
| **Household goods, furniture, furnishings, personal effects, tools, provisions, supplies, computer, other misc.** | CCCP § 703.140(b)(3) | 5,000.00 | 10,000.00 |
| **Misc. books, pictures, 2 paintings (no artist), Fenton Glassware Collection, other misc.** | CCCP § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Misc. jewelry** | CCCP § 703.140(b)(4)<br>CCCP § 703.140(b)(5) | 1,350.00<br>2,150.00 | 3,500.00 |
| **Term Life Insurance with New York Life - death benefit $1 million - no cash or loan value.** | CCCP § 703.140(b)(8) | 100% | nil |
| **50% shareholder interest in A & W Concrete Construction, Inc. (nil value, company insolvent)** | CCCP § 703.140(b)(5) | 1,000.00 | nil |
| **Unemployment benefits $475 per week** | CCCP § 703.140(b)(10)(c) | 100% | 475.00 |
| **Misc. office equipment, desk, fax, computer** | CCCP § 703.140(b)(6) | 1,000.00 | 1,000.00 |
| **State and Fed Income tax refund rights 2009 (likely to be set off against existing tax Debt)** | CCCP § 703.140(b)(5) | 3,000.00 | 3,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.          Case No. _____

        Debtor(s)                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **556046357**<br><br>**Capital One Mortgage**<br>**6151 Chevy Chase Drive**<br>**Laurel, MD  20707** | | | **2004 - 1st Deed of Trust m 1577 Shay, Santa Rosa, CA**<br><br><br>VALUE $ **400,000.00** | | | | **561,632.00** | **161,632.00** |
| ACCOUNT NO. **14623318**<br><br>**EMC Mortgage**<br>**PO Box 660753**<br>**Dallas, TX  75266-0753** | X | | **2005 - 1st Deed of Trust on 917 Campoy Street, Santa Rosa, CA  (Debtors net share of debt for her 50% interest is $273,000)**<br><br>VALUE $ **300,000.00** | | | | **546,000.00** | **246,000.00** |
| ACCOUNT NO.<br><br>**Chase EMC Fulfillment Center**<br>**4500 Cherry Creek Drive So.**<br>**Suite 100**<br>**Glendale, CO  80246-1531** | | | **Assignee or other notification for:**<br>**EMC Mortgage**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **14575989**<br><br>**EMC Mortgage**<br>**PO Box 660753**<br>**Dallas, TX  75266-0753** | | | **2007 -- 1st Deed of Trust on 2696 Arbor Grove, Santa Rosa, CA**<br><br><br>VALUE $ **300,000.00** | | | | **505,111.00** | **205,111.00** |

____ **2** continuation sheets attached

Subtotal<br>(Total of this page)   $ **1,612,743.00**   $ **612,743.00**

Total<br>(Use only on last page)   $     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.               Case No. _____

<div align="center">Debtor(s)                               (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EMC Mortgage<br>PO Box 293150<br>Lewisville, TX 75029-3150** | | | **Assignee or other notification for:<br>EMC Mortgage**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. 01-800119-08<br>**First Community Bank<br>438 First Street<br>Santa Rosa, CA 95404** | X | | **2005 - 1st Deed of Trust on 3191 Sebastpol Road, Santa Rosa, CA. (Debtor has 50% interest in property, net share of debt is $227,000)**<br><br>VALUE $ **350,000.00** | | | | 454,164.00 | 104,164.00 |
| ACCOUNT NO. **LOC#01-80001-08 prin**<br>**First Community Bank<br>438 1st Street<br>Santa Rosa, CA 95404** | X | | **Corp debt -- cross collaterzlied line of credit on corp, also blanket junior security interest on real properties and personal guarantee liability of Debtor**<br><br>VALUE $ **750,000.00** | X | X | | 1,300,000.00 | 1,300,000.00 |
| ACCOUNT NO. 085912410432<br>**GMAC<br>3451 Hammond Avenue<br>Waterloo, IA 50704** | | | **2008 - secured by 2007 Chevy Tahoe**<br><br>VALUE $ **15,000.00** | | | | 16,324.00 | 1,324.00 |
| ACCOUNT NO.<br>**GMAC<br>PO Box 78234<br>Phoenix, AZ 85062-8234** | | | **Assignee or other notification for:<br>GMAC**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Sonoma County Tax Collector<br>585 Fiscal Drive Room 100F<br>Santa Rosa, CA 95402** | | | **Property taxes 2009 on 2696 Arbor Grove, Santa Rosa, CA**<br><br>VALUE $ **300,000.00** | | | | 7,990.00 | 7,990.00 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,778,478.00** | $ **1,413,478.00**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

<div style="writing-mode: vertical-rl">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

Case: 10-10723    Doc# 1    Filed: 03/02/10    Entered: 03/02/10 08:45:10    Page 17 of 78

**IN RE** **White, Deborah J.**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sonoma County Tax Collector**<br>**585 Fiscal Drive Room 100F**<br>**Santa Rosa, CA  95402** | | | **Property taxes - 2009 - 917 Campoy Street, Santa Rosa, CA**<br><br><br>VALUE $ **300,000.00** | | | | **4,219.00** | **4,219.00** |
| ACCOUNT NO.<br><br>**Sonoma County Tax Collector**<br>**585 Fiscal Drive Room 100F**<br>**Santa Rosa, CA  95402** | | | **Property taxes 2009 on 3191 Sebastopol Road, Santa Rosa, CA**<br><br><br>VALUE $ **350,000.00** | | | | **12,232.00** | **12,232.00** |
| ACCOUNT NO.<br><br>**Sonoma County Tax Collector**<br>**585 Fiscal Drive Room 100F**<br>**Santa Rosa, CA  95402** | | | **Prop Taxes - 2009 on 1577 Shay Drive, Santa Rosa, CA**<br><br><br>VALUE $ **400,000.00** | | | | **4,400.00** | **4,400.00** |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                     $ **20,851.00**   $ **20,851.00**

Total
(Use only on last page)              $ **3,412,072.00**  $ **2,047,072.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____   Case No. _____

Debtor(s)   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **(PRT)St ID#465-6916-6**<br>**EDD - Employment Dev Dept**<br>**P.O. Box 826846**<br>**Sacramento, CA  94246-0001** | X | | **Corp debt** | | | | **44,602.95** | **44,602.95** | |
| ACCOUNT NO.<br>**Employment Development Department**<br>**Bankruptcy / Special Procedures Group**<br>**PO Box 826900 MIC 92E**<br>**Sacramento, CA  94280-0001** | | | **Assignee or other notification for:**<br>**EDD - Employment Dev Dept** | | | | | | |
| ACCOUNT NO. **Corp#2271095000**<br>**Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA  94257-0511** | X | | **Corp debt** | X | | | **1,850.00** | **1,850.00** | |
| ACCOUNT NO. **94-3384706 and others**<br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**1301 Clay Street Stop 1400S**<br>**Oakland, CA  94612-5210** | X | | **Estimated Trust fund payroll tax liability** | | | | **132,700.00** | **132,700.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**PO Box 21126**<br>**Philadelphia, PA  19114** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO.<br>**Sonoma County Tax Collector**<br>**585 Fiscal Drive Room 100F**<br>**Santa Rosa, CA  95402** | X | | **Corp debt - unsecured property taxes** | X | | | **7,825.00** | **7,825.00** | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **186,977.95** | $ **186,977.95** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **186,977.95**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **186,977.95** | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.        Case No. _____
<span style="margin-left:2em">Debtor(s)</span>                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A & W Concrete Construction Inc.**<br>**PO Box 7288**<br>**Santa Rosa, CA 95407** | | | **2009** | | | | **16,698.00** |
| ACCOUNT NO. **#007776**<br>**Aaction Rents**<br>**10510 Old Redwood Hwy**<br>**Windsor, CA 95492** | X | | **Corp debt** | X | | | **1,602.45** |
| ACCOUNT NO. **Rent - 3809 Stony Pt Rd**<br>**Adam & Sheldon Doss Partnership**<br>**3809 Stony Point Road**<br>**Santa Rosa, CA 95402** | X | | **Corp debt** | X | | | **60,000.00** |
| ACCOUNT NO. **#01200109123381**<br>**ADT Security Services #3381**<br>**P. O. Box 371956**<br>**Pittsburgh, PA 15250-7956** | X | | **Corp debt** | X | | | **1,200.00** |

    **35** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **79,500.45** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

IN RE **White, Deborah J.** _____  Case No. _____
              Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **#01200145708716**<br><br>**ADT Security Services #8716**<br>**PO Box 371956**<br>**Pittsburgh, PA  15250-7956** | X | | **Corp debt** | X | | | **1,200.00** |
| ACCOUNT NO. **3715-387612-81005**<br><br>**Aegis Receivables Mgmt Inc.**<br>**P.O. Box 165809**<br>**Irving, TX  75016** | X | | **Corp debt** | X | | | **61,758.86** |
| ACCOUNT NO.<br><br>**America Express**<br>**PO Box 001**<br>**LA, CA  90096-8000** | | | **Assignee or other notification for:**<br>**Aegis Receivables Mgmt Inc.** | | | | |
| ACCOUNT NO.<br><br>**AK Plastering**<br>**C/O McCarthy & McCarthy**<br>**505 14th Street #1150**<br>**Oakland, CA  94612** | X | | **Corp Debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br><br>**Alcal - Arcade**<br>**C/O Low, Ball & Lynch**<br>**505 Montgomery Street 7th Fl**<br>**SF, CA  94111** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **121785**<br><br>**Alcohol & Drug Testing Services**<br>**6025 Labath Avenue Suite 10**<br>**Rohnert Park, CA  94928** | X | | **Corp debt** | X | | | **99.00** |
| ACCOUNT NO. **2758294883765**<br><br>**Alhambra & Sierra Springs**<br>**P.O. Box 660579**<br>**Dallas, TX  75266-0579** | X | | **Corp debt** | X | | | **100.00** |

Sheet no. ____**1**____ of ____**35**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **63,157.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.            Case No. _____
<br>
Debtor(s)                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **22516640**<br><br>**Alliance One Rec Mgmt**<br>**6565 Kimball Dr., Ste 200**<br>**Gig Harbor, WA  98335** | X | | **Corp debt** | X | | | 93.77 |
| ACCOUNT NO.<br><br>**Allilant Law Group**<br>**Po Box 468569**<br>**Atlanta, GA  31146** | X | | **Corp debt** | X | | | 346.00 |
| ACCOUNT NO. **10000015331**<br><br>**American Contractors Indemnity Company**<br>**601 S. Figueroa Street   Ste 1600**<br>**Los Angeles, CA  90017** | X | | **Corp debt** | X | | | 1,350.00 |
| ACCOUNT NO. **3717 330722 21003**<br><br>**American Express**<br>**Customer Service**<br>**PO Box 981537**<br>**El Paso, TX  79998-1537** | X | | **Corp debt** | X | | | 20,025.00 |
| ACCOUNT NO.<br><br>**GC Services**<br>**6330 Gulfton Street**<br>**Houston, TX  77081-1108** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br><br>**GC Services**<br>**PO Box 39050**<br>**Phoenix, AZ  85069** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br><br>**James West PC**<br>**6380 Rogerdale Road Ste 130**<br>**Houston, TX  77072-1624** | | | **Assignee or other notification for:**<br>**American Express** | | | | |

Sheet no. **2** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,814.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**          Case No. _____

<div align="center">Debtor(s)        (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Zwicker & Associates** <br> **1320 Willow Pass Rd., Suite 730** <br> **Concord, CA  94520** | | | Assignee or other notification for: **American Express** | | | | |
| ACCOUNT NO. 3717-301159-71007 <br> **American Express  (Blue 71007)** <br> **Box 0001** <br> **Los Angeles, CA  90096-8000** | X | | Corp debt | X | | | **4,629.56** |
| ACCOUNT NO. 3715-387612-81005 <br> **American Express (Centurion 81005)** <br> **Box 0001** <br> **Los Angeles, CA  90096-8000** | X | | Corp debt | X | | | **61,758.86** |
| ACCOUNT NO. <br> **American Express** <br> **PO Box 0001** <br> **LA, CA  90096-8000** | | | Assignee or other notification for: **American Express (Centurion 81005)** | | | | |
| ACCOUNT NO. 3715-326187-91001 <br> **American Express (Corp 91001)** <br> **Box 0001** <br> **Los Angeles, CA  90096-8000** | X | | Corp debt | X | | | **69,022.33** |
| ACCOUNT NO. 04305008720129 <br> **American Express Publishing** <br> **P.O. Box 1334** <br> **Des Plaines, IL  60017-1334** | X | | Corp debt | X | | | **72.20** |
| ACCOUNT NO. <br> **Amos & Andrews** <br> **C/O Truman Phan Quang, Esq.** <br> **71 Stevenson St #700** <br> **SF, CA  94105** | | | Corp debt | X | X | X | **Notice only** |

Sheet no. **3** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)  $ **135,482.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $
</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aramark Uniform Services**<br>**PO Box 5826**<br>**Concord, CA 95424-0826** | X | | **Corp Debt** | | | | **278.00** |
| ACCOUNT NO.<br>**Archer Norris**<br>**655 University Avenue #225**<br>**Sacramento, CA 95825-6747** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Argonaut Constructors**<br>**C/O Costello & Assoc.**<br>**PO Box 8090**<br>**Walnut Creek, CA 94596-8090** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **A&W Inv#15398/Pol#GBX2780**<br>**Armstrong & Associates**<br>**PO Box 1270**<br>**Woodland, CA 95776-1270** | X | | **Corp debt** | X | | | **2,500.00** |
| ACCOUNT NO.<br>**ATT**<br>**Payment Center**<br>**Sacramento, CA 95887-0001** | | | | | | | **duplicate** |
| ACCOUNT NO. **6267216**<br>**Att Mobility**<br>**PO Box 515188**<br>**LA, CA 90051-5188** | | | **2009** | | | | **215.00** |
| ACCOUNT NO. **A&W**<br>**Austin Creek Aggregates**<br>**600 Austin Creek Rd**<br>**Cazadero, CA 95421** | X | | **Corp debt** | X | | | **7,083.83** |

Sheet no. **4** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,076.83**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                          Case No. _____
         Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A&W**<br>**Austin Creek Ready Mix, Inc.**<br>**600 Austin Creek Rd**<br>**Cazadero, CA 95421** | X | | **Corp debt** | X | | | **1,402.81** |
| ACCOUNT NO. **4339-9316-3603-0744**<br>**Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | X | | **Corp debt** | X | | | **10,271.93** |
| ACCOUNT NO. **4024 120 1615 5340**<br>**Bank Of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | | **2005 on** | | | | **13,340.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Beutler Corp**<br>**PO Box 515015**<br>**Sacramento, CA 95851** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Bllack Diamond Elec.**<br>**C/O Vitale & Lowe**<br>**3249 Quality Drive #200**<br>**Rancho Cordova, CA 95670** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **#00778279**<br>**Blue Book of Building & Construction**<br>**P.O. Box 500**<br>**Jefferson Valley, NY 10535** | X | | **Corp debt** | X | | | **3,500.00** |

Sheet no. **5** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,514.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____  Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brejle & Race**<br>**C/O Robles & Castles**<br>**540 Pacific Avenue**<br>**SF, CA 94133** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Budget Drywall**<br>**C/O Van Depoel Et Al.**<br>**1600 So. Main Plaza #325**<br>**Walnut Creek, CA 94596** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO.<br>**C & B Consulting**<br>**C/O Gordon & Rees LLP**<br>**275 Battery St #2000**<br>**SF, CA 94111** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO. **58748**<br>**California Overnight**<br>**1075 Montague Expy**<br>**Milpitas, CA 95035** | X | | Corp debt | X | | | **158.53** |
| ACCOUNT NO. **C2786170**<br>**California Secretary Of State**<br>**PO Box 944230**<br>**Sacramento, CA 94244-2300** | | | Corp debt | X | | | **250.00** |
| ACCOUNT NO.<br>**California State License Board**<br>**PO Box 26000**<br>**Sacramento, CA 95826** | | | | | | | **Notice only** |
| ACCOUNT NO. **A&W**<br>**Canyon Rock Co., Inc**<br>**7525 Highway 116**<br>**Forestville, CA 95436** | X | | Corp debt | X | | | **1,868.97** |

Sheet no. ___**6**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,277.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                                     Case No. _____
            Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4791-2423-2204-4754**<br><br>**Capital One 4754**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** | X | | **Corp debt** | X | | | **3,255.64** |
| ACCOUNT NO. **5178-0522-4191-9626**<br><br>**Capital One Bank**<br>**PO Box 71083**<br>**Charlotte, NC  28272** | | | **2005 on** | | | | **4,082.00** |
| ACCOUNT NO.<br><br>**Alliance One Rec Mgmt**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br><br>**Global Credit Coll Corp**<br>**P.O. Box 71083**<br>**Charlotte, NC  28272-1083** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO.<br><br>**NCO Financial**<br>**PO Box 12100**<br>**Dept 64**<br>**Trenton, NJ  08650** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO. **4791-2423-2204-4754**<br><br>**Capital One Services**<br>**P.O. Box 30285**<br>**Salt Lake City, UT  84130-0285** | X | | **Corp debt** | X | | | **3,255.64** |
| ACCOUNT NO. **5178-052-4191-9626**<br><br>**Captial One FSB 9626**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** | X | | **Corp debt** | X | | | **0.00** |

Sheet no. **7** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,593.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **White, Deborah J.**                                             Case No. _____

_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5260-3112-3026-1708** <br> **Chase One USA** <br> **PO Box 94014** <br> **Palatine, IL  60094-4014** | | | **2005 on** | | | | **26,110.00** |
| ACCOUNT NO. <br> **Chase** <br> **Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | | **Assignee or other notification for: Chase One USA** | | | | |
| ACCOUNT NO. <br> **JP Chase Legal Dept.** <br> **300 S. Grand Avenue 4th Fl.** <br> **LA, CA  90071** | | | **Assignee or other notification for: Chase One USA** | | | | |
| ACCOUNT NO. <br> **Cintas Corp #626** <br> **PO Box 349027** <br> **Sacramento, CA  95834-9027** | | | **Corp Debt** | X | | | **375.00** |
| ACCOUNT NO. **5256-5003-1221-0213** <br> **Citi** <br> **701 E. 60th Streeet North** <br> **Sioux Falls, SD  57117** | | | **2005 on** | | | | **7,660.00** |
| ACCOUNT NO. <br> **Citibank** <br> **PO Box 688923** <br> **Des Moines, IA  50368-8923** | | | **Assignee or other notification for: Citi** | | | | |
| ACCOUNT NO. <br> **Citibank** <br> **Proceesing Center** <br> **Des Moines, IA  50368-0001** | | | **Assignee or other notification for: Citi** | | | | |

Sheet no. **8** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **34,145.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5476-4171-1017-2491** | X | | **Corp debt** | X | | | |
| **Citibank USA (djw 2491) P.O. Box 689197 Des Moines, IA 50368-9197** | | | | | | | 14,243.39 |
| ACCOUNT NO. **5476-4171-1915-4235** | X | | **Corp debt** | X | | | |
| **Citibank USA (maaf 4235) P.O Box 689197 Des Moines, IA 50368-9197** | | | | | | | 3,078.40 |
| ACCOUNT NO. **5082-2900-0307-9354** | X | | **Corp debt** | X | | | |
| **Citibusiness (Sedemar9354) P.O. Box 6401 The Lakes, NV 88901-6401** | | | | | | | 20,296.00 |
| ACCOUNT NO. **5082 2900 0307 9354** | X | | **Corp debt** | X | | | |
| **CitiBusiness Card PO Box 688901 Des Moines, IA 50368-8901** | | | | | | | **duplicate** |
| ACCOUNT NO. | | | **Assignee or other notification for: CitiBusiness Card** | | | | |
| **Citi PO Box 6077 Sioux Falls, SD 57117-6077** | | | | | | | |
| ACCOUNT NO. **5082-2900-5699-7858** | X | | **Corp debt** | X | | | |
| **CitiBusiness Platinum (#7858) P.O. Box 6077 Sioux Falls, SD 57117-6077** | | | | | | | 33,365.09 |
| ACCOUNT NO. **Cert#49151** | X | | **Corp debt** | X | | | |
| **City of Santa Rosa P.O. Box 1673 Santa Rosa, CA 95402-1673** | | | | | | | 1,000.00 |

Sheet no. **9** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **71,982.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                        Case No. _____
          Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **61249**<br>**City of Santa Rosa**<br>**P.O. Box 1673**<br>**Santa Rosa, CA 95402-1673** | | | Corp debt | X | | | **500.00** |
| ACCOUNT NO.<br>**CJS Plumbing**<br>**9290 Prototype Drive**<br>**Reno, NV 89521** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO. **6035185503901923**<br>**CNH Capital**<br>**P.O. Box 3900**<br>**Lancaster, PA 17604-3900** | X | | Corp debt | X | | | **2,048.28** |
| ACCOUNT NO. **Interstate Concrete Pump**<br>**Coface Collections of No. America**<br>**Interstate Concrete Pump**<br>**P.O. Box 8510**<br>**Metairie, LA 70011-8510** | X | | Corp debt | X | | | **3,350.00** |
| ACCOUNT NO. **Muller Const**<br>**Commercial Collection Bureau**<br>**Muller Construction**<br>**P.O. Box 25067**<br>**St. Paul, MN 55125** | X | | Corp debt | X | | | **2,679.58** |
| ACCOUNT NO.<br>**Consolidated Engineering Labs**<br>**950 Riverside Pkwy Suite 60**<br>**West Sacramento, CA 95605** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO. **A&W**<br>**CPCNC**<br>**6966 Sunrise Blvd #3209**<br>**Citrus Heights, CA 95610** | X | | Corp debt | X | | | **200.00** |

Sheet no. **10** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,777.86**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                    Case No. _____
_____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **File#68706-62864** <br><br>**Creditsolve** <br>**P.O. Box 48439** <br>**Minneapolis, MN  55448-0439** | X | | **Corp debt** | X | | | 3,758.26 |
| ACCOUNT NO. **Acct#2601373** <br><br>**CRF Solutions** <br>**2051 Royal Ave** <br>**Simi Valley, CA  93065** | X | | **Corp debt** | X | | | 3,455.23 |
| ACCOUNT NO. **7600-600000137675** <br><br>**CSK Auto, Inc.** <br>**P.O. Box 51912** <br>**Los Angeles, CA  90051-6212** | X | | **Corp debt** | X | | | 908.82 |
| ACCOUNT NO. **24820805 & 214132** <br><br>**De Lage Landen** <br>**P.O. Box 41602** <br>**Philadelphia, PA  19101-1602** | X | | **Corp debt** | X | | | 16,146.12 |
| ACCOUNT NO. **RMS#004651592-013729059** <br><br>**Debt Alert** <br>**P.O. Box 539** <br>**Richfield, OH  44286** | X | | **Corp debt** | X | | | 69,022.33 |
| ACCOUNT NO. <br><br>**Department of Motor Vehicles** <br>**Motor Carrier Permit Branch MS: G875** <br>**Sacramento, CA  94232-3700** | X | | **Corp debt** | X | | | 953.00 |
| ACCOUNT NO. <br><br>**Dependable Sheet Metal** <br>**C/O McCarthy & McCarthy** <br>**505 14th Steeet #1150** <br>**Oakland, CA  94612** | | | **Corp debt** | X | X | | **Notice only** |

Sheet no. __**11**__ of __**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **94,243.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** White, Deborah J.                                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **080310-6/v 08710418420000**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX  78750** | X | | **Corp debt** | X | | | **603.09** |
| ACCOUNT NO. **080310-7/v 08710418420000**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX  78750** | X | | **Corp debt** | X | | | **1,055.14** |
| ACCOUNT NO. **080310-8/v 08710418420000**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX  78750** | X | | **Corp debt** | X | | | **675.22** |
| ACCOUNT NO. **080310-9/v 08710418420000**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX  78750** | X | | **Corp debt** | X | | | **575.99** |
| ACCOUNT NO. **080310-0/v 08710418420000**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX  78750** | X | | **Corp debt** | X | | | **264.97** |
| ACCOUNT NO. **AWCONC07**<br><br>**DHC Supplies, Inc.**<br>**3790 Omec Circle**<br>**Rancho Cordova, CA  95742-7303** | X | | **Corp debt** | X | | | **302.67** |
| ACCOUNT NO. **A&W**<br><br>**Digital Prints & Imaging**<br>**375 Tesconi Circle**<br>**Santa Rosa, CA  95401** | X | | **Corp debt** | X | | | **616.86** |

Sheet no. **12** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,093.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                                                 Case No. _____
                        Debtor(s)                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6011-4994-3237-3262**<br>**Discover Card**<br>**12 Reads Way**<br>**New Castle, DE 19720-1649** | | | **2005 on** | | | | **6,370.00** |
| ACCOUNT NO.<br>**Discover Card**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | | | **Assignee or other notification for: Discover Card** | | | | |
| ACCOUNT NO.<br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130** | | | **Assignee or other notification for: Discover Card** | | | | |
| ACCOUNT NO. **8F6614 and 7V42158**<br>**DMV**<br>**PO Box 942894**<br>**Sacramento, CA 94294-0894** | X | | **Corp debt -- charges on corp trucks** | X | | | **6,032.00** |
| ACCOUNT NO.<br>**F Rodgers Corp**<br>**7901 National Drive**<br>**Livermore, CA 94551** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Family Optometry**<br>**1559 Farmers Lane**<br>**Santa Rosa, CA 95405** | | | **2009** | | | | **98.00** |
| ACCOUNT NO. **92450-16-72**<br>**Farmers Insurance**<br>**2455 Bennett Valley Road**<br>**Suite B 115**<br>**Santa Rosa, CA 95404-5669** | | | **2009** | | | | **1,073.00** |

Sheet no. **13** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,573.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
                 Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Farmers Insurance Payment Services PO Box 894729 LA, CA 90189-4729** | | | **Assignee or other notification for: Farmers Insurance** | | | | |
| ACCOUNT NO. <br> **FasTrak Violations Processing Department San Francisco, CA 94126** | X | | **Corp debt** | X | | | **340.00** |
| ACCOUNT NO. <br> **Fire Protection Unlimited 211 Cresco Court Suite B Santa Rosa, CA 95407** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **MZI98124609** <br> **Fireman's Fund Insurance Dallas CSC Dallas, TX 75221** | X | | **Corp debt** | X | | | **1,452.40** |
| ACCOUNT NO. **LOC#01-80001-08 int** <br> **First Community Bank 438 1st Street Santa Rosa, CA 95404** | X | | **Corp debt** | X | | | **24,140.34** |
| ACCOUNT NO. **Term#01-800002-06 prin** <br> **First Community Bank 438 1st Street Santa Rosa, CA 95404** | X | | **Corp debt** | X | | | **113,998.82** |
| ACCOUNT NO. **Term#01-800002-06 int** <br> **First Community Bank 438 1st Street Santa Rosa, CA 95404** | X | | **Corp debt** | X | | | **10,981.02** |

Sheet no. **14** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **150,912.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
                      Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4988-8200-0566-8982** <br><br> **First Equity Card Corp** <br> **PO Box 23029** <br> **Columbus, GA  31902** | | | Corp debt | X | | | 13,261.00 |
| ACCOUNT NO. **07518-0001-1187111** <br><br> **First Insurance Funding Corp** <br> **P.O. Box 3306** <br> **Northbrook, IL  60065-3306** | X | | Corp debt | X | | | 6,308.00 |
| ACCOUNT NO. <br><br> **Fitch Plastering** <br> **C/O Sunil Patel Esq** <br> **26801 Vista Terrace #300** <br> **Lake Forest, CA  92630** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO. **41634436** <br><br> **FMCC 041634436 Ford Escape** <br> **P.O. Box 7172** <br> **Pasadena, CA  91109-7172** | X | | Corp debt | X | | | 18,852.09 |
| ACCOUNT NO. **41636-04** <br><br> **Ford Motor Credit** <br> **PO Box 239801** <br> **Las Vegas, NV  89105-9801** | | | Corp debt | X | | | 21,123.00 |
| ACCOUNT NO. **10893** <br><br> **Friedman's Home Improvment** <br> **4055 Santa Rosa Ave.** <br> **Santa Rosa, CA  95407** | X | | Corp debt | X | | | 1,646.53 |
| ACCOUNT NO. **3717-301159-71007** <br><br> **GC Services Ltd Partnership** <br> **P.O. Box 46960** <br> **St Louis, MO  63146** | X | | Corp debt | X | | | 4,629.56 |

Sheet no. __**15**__ of __**35**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
          (Total of this page) $ | **65,820.18**

                                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                          Case No. _____
_____            _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4187868 and others**<br><br>**GE Capital**<br>**PO Box 820024**<br>**Philadelphia, PA 19182-0024** | | | **Corp debt** | X | | | **454,000.00** |
| ACCOUNT NO. **8251853332**<br><br>**GEMB/JCP**<br>**PO Box 981131**<br>**El Paso, TX 79998** | | | **2008 on** | | | | **525.00** |
| ACCOUNT NO.<br><br>**Advanced Call Center Technologies LLC**<br>**PO Box 9091**<br>**Gray, TN 37615-9091** | | | **Assignee or other notification for:**<br>**GEMB/JCP** | | | | |
| ACCOUNT NO.<br><br>**GEMB/JCP**<br>**PO Box 960001**<br>**Orlando, FL 32896** | | | **Assignee or other notification for:**<br>**GEMB/JCP** | | | | |
| ACCOUNT NO. **ID#23594682**<br><br>**Global Credit Coll Corp**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | X | | **Corp debt** | X | | | **3,845.16** |
| ACCOUNT NO.<br><br>**Goldenomega( Lien Writer)**<br>**5049 Robert J Mathews Pkwy, Suite 400**<br>**El Doragdo Hills, CA 95762** | X | | **Corp debt** | X | | | **640.00** |
| ACCOUNT NO.<br><br>**Grabnt Woodruff Special Master**<br>**3000 - F Danville Blvd. Ste 111**<br>**Alamo, CA 94507** | | | **Corp debt** | X | X | | **Notice only** |

Sheet no. **16** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **459,010.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                   Case No. _____
_____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0700087** <br><br> **Grohe Florist Santa Rosa** <br> **1313 McDonald Ave.** <br> **Santa Rosa, CA 95404** | | | | X | | | 250.00 |
| ACCOUNT NO. **Court Case # MSC 176812** <br><br> **Hansel Ford** <br> **3075 Corby Ave** <br> **Santa Rosa, CA 95407** | X | | **Corp debt** | X | | | 1,650.00 |
| ACCOUNT NO. <br><br> **Hard Drywall** <br> **468 Yolanda Avenue** <br> **Ste 3** <br> **Santa Rosa, CA 95404** | | | **Corp debt** | X | | X | Notice only |
| ACCOUNT NO. **1000008240** <br><br> **HCC Surety Group** <br> **Dept 6642** <br> **LA, CA 90084-6642** | X | | **Corp debt** | X | | | Notice only |
| ACCOUNT NO. **2601373** <br><br> **Hertz Equipment Rental** <br> **P.O. Box 26360** <br> **Oklahoma City, OK 73126** | X | | **Corp debt** | X | | | 3,455.23 |
| ACCOUNT NO. **6035-3220-1392-6807** <br><br> **Home Depot** <br> **P.O. Box 9172** <br> **Des Moines, IA 50368-9172** | X | | **Corp debt** | X | | | 5,172.12 |
| ACCOUNT NO. **5520-8100-0578-6449** <br><br> **Home Depot** <br> **P.O. Box 689147** <br> **Des Moines, IA 50368-9147** | | | **2006 on** | | | | 16,550.00 |

Sheet no. __17__ of __35__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,077.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                          Case No. _____
_____                                    (If known)
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**PO Box 6026**<br>**The Lakes, NV  88901-6026** | | | Assignee or other notification for:<br>**Home Depot** | | | | |
| ACCOUNT NO. **7001 1917 0034 8932**<br>**HSBC/BSBUY**<br>**PO Box 15521**<br>**Wilmington, DE  19850-5521** | | | **2006 on** | | | | **2,592.00** |
| ACCOUNT NO.<br>**HSBC**<br>**PO Box 60148**<br>**City Of Industry, CA  91716-0148** | | | Assignee or other notification for:<br>**HSBC/BSBUY** | | | | |
| ACCOUNT NO.<br>**Information Technology Group**<br>**3855 Montgomery Drive**<br>**Santa Rosa, CA  95405** | X | | **Corp debt** | X | | | **3,500.00** |
| ACCOUNT NO.<br>**Integra Telecom**<br>**PO Box 7206**<br>**SF, CA  94120** | | | **Corp debt** | X | | | **1,650.00** |
| ACCOUNT NO. **File#132375-105931**<br>**International Credit Auditors**<br>**P.O. Box 48439**<br>**Minneapolis, MN  55448-0439** | X | | **Corp debt** | X | | | **3,758.26** |
| ACCOUNT NO.<br>**Interstate Concrete Pumping**<br>**11180 Vallejo Ct.**<br>**French Camp, CA  95231** | X | | **Corp debt** | X | | | **3,350.00** |

Sheet no. **18** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **14,850.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                      Case No. _____
           Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **File#202020216**<br><br>**IPA**<br>**1250 Barclay Blvd**<br>**Buffalo Grove, IL  60089** | X | | **Corp debt** | X | | | **32,301.93** |
| ACCOUNT NO.<br><br>**James McKeeney**<br>**1438 Donner Avenue**<br>**SF, CA  94124** | | | **2007** | | | | **450,000.00** |
| ACCOUNT NO.<br><br>**JCPenny Credit Services Customer Service**<br>**C/O GE Money Bank - Attn BK Dept**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | | | | | **duplicate** |
| ACCOUNT NO.<br><br>**Jim-n-i rentals**<br>**P.O. Box 4740**<br>**Santa Rosa, CA  95402** | X | | **Corp debt** | X | | | **500.00** |
| ACCOUNT NO.<br><br>**JM Henry Construction**<br>**1525 Grand Avenue**<br>**San Marcos, CA  92078** | | | **Corp debt** | X | X | | **Notice only** |
| ACCOUNT NO.<br><br>**JP Chase Legal Dept.**<br>**300 S. Grand Avenue 4th Fl.**<br>**LA, CA  90071** | | | | | | | **duplicate** |
| ACCOUNT NO.<br><br>**K - T Steel & Rail**<br>**22210 Mc Cleskey Road**<br>**New Caney, TX  77357** | | | **Corp debt** | X | X | | **Notice only** |

Sheet no. __19__ of __35__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **482,801.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                           Case No. _____

Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **650396-0000**<br>**Kaiser PL 20**<br>**File No. 73030**<br>**SF, CA  94160-3030** | | | Corp debt | X | | | **4,063.00** |
| ACCOUNT NO.<br>**Kelly Door Company**<br>**230 Speaker Avenue**<br>**Modesto, CA  95354** | | | Corp debt | X | | X | **Notice only** |
| ACCOUNT NO. **241**<br>**Kenneth Alford MD**<br>**233 Farmers Lane**<br>**Santa Rosa, CA  95405** | | | 2009 | | | | **530.00** |
| ACCOUNT NO. **2861373 File#86215**<br>**Kenneth G. Schivone**<br>**1942 Lexington Ave No., Suite 1**<br>**Roseville, MN  55113** | X | | Corp debt | X | | | **3,455.23** |
| ACCOUNT NO.<br>**Key Equipment & Finance**<br>**1000 South McCaslin Blvd.**<br>**Superior, CO  80027** | | | Corp debt | X | | | **84,207.00** |
| ACCOUNT NO.<br>**Cohnd & Dussi LLC**<br>**300 Trade Center Ste 3700**<br>**Woburn, MA  18001** | | | Assignee or other notification for:<br>**Key Equipment & Finance** | | | | |
| ACCOUNT NO.<br>**KNCH**<br>**1478 Stone Point #400**<br>**Roseville, CA  95661** | | | Corp debt | X | | X | **Notice only** |

Sheet no.   **20**   of   **35**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **92,255.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.        Case No. _____
<br>_____
<br>       Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KTGY Group<br>C/O Gordon & Rees<br>275 Battery Street #2000<br>SF, CA 94111** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **SCV 245181**<br>**Law Offices of Bryon M. Grundon<br>16870 W. Bernardo Dr., Ste 400<br>San Diego, CA 92127** | X | | **Corp debt** | X | | | **40,031.99** |
| ACCOUNT NO. **3717-301159-71007**<br>**Law Offices of James West, PC<br>6380 Rogerdale Rd., Ste 130<br>Houston, TX 77072-1624** | X | | **Corp debt** | X | | | **4,629.56** |
| ACCOUNT NO. **031 0086398 001**<br>**Leaf Funding<br>PO Box 644006<br>Cincinnati, OH 45264-4006** | X | | **Default Judgment entered 2009, corporations and Debtor personally** | X | | | **218,978.00** |
| ACCOUNT NO.<br>**Susan L. Vaage, Esq.<br>Graham & Vaage LLP<br>500 N. Brand Blvd. Ste 1030<br>Glendale, CA 91203** | | | **Assignee or other notification for:<br>Leaf Funding** | | | | |
| ACCOUNT NO.<br>**Les Schwab Tires<br>1600 Santa Rosa Ave<br>Santa Rosa, CA 95404** | X | | **Corp debt** | X | | | **1,518.16** |
| ACCOUNT NO. **10101264**<br>**Licensed Contractors Ins. Agency<br>9828 Business Park Drive Ste A<br>Sacramento, CA 95827** | X | | **Corp debt** | X | | | **12,500.00** |

Sheet no.   **21** of   **35** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **277,657.71**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LS Mason<br>C/O Severson & Werson<br>1 Embarcadero Center #2600<br>SF, CA 94111** | | | **Corp debt** | X | X | | **Notice only** |
| ACCOUNT NO. **SCV 245181**<br>**Lyon Financial Services<br>PO Box 790448<br>St. Louis, MO 63179** | X | | **Corp debt** | | | | **40,031.99** |
| ACCOUNT NO.<br>**Bryan Grundon, Esq.<br>16870 W. Bernardo Drive<br>Ste 400<br>San Diego, CA 82127** | | | **Assignee or other notification for:<br>Lyon Financial Services** | | | | |
| ACCOUNT NO.<br>**US Bank - Manifest Funding<br>PO Box 790448<br>St. Louis, MO 63179-0448** | | | **Assignee or other notification for:<br>Lyon Financial Services** | | | | |
| ACCOUNT NO. **File # 200051641**<br>**Mann Bracken LLP<br>Two Irvington Ctr, 702 King Farm Blvd<br>Rockville, MD 20850-5775** | X | | **Corp debt** | X | | | **20,025.66** |
| ACCOUNT NO. **File#21077970**<br>**McCarthy, Burgess & Wolff<br>2600 Cannon Rd<br>Cleveland, OH 44146** | X | | **Corp debt** | X | | | **16,146.12** |
| ACCOUNT NO. **File#21081245**<br>**McCarthy, Burgess & Wolff<br>2600 Cannon Rd<br>Cleveland, OH 44146** | X | | **Corp debt** | X | | | **3,856.71** |

Sheet no. **22** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | $ | **80,060.48** |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
_____                                              _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McLeas Tire Retail** <br> **800 Piner Road** <br> **Santa Rosa, CA 95403** | | | **Corp debt** | X | | | **2,927.00** |
| ACCOUNT NO. <br> **Medeiros Concrete Pumping** <br> **P.O. Box 4055** <br> **Santa Rosa, CA 95402-4055** | X | | **Corp debt** | X | | | **2,229.00** |
| ACCOUNT NO. **40009164 et al** <br> **Mericap Credit** <br> **1415 West 22nd Street** <br> **Ste 550E** <br> **Oakbrook, IL 60523** | | | **Corp debt** | X | | | **271,000.00** |
| ACCOUNT NO. <br> **ML Concret** <br> **C/O Fischer Schrader** <br> **888 Minras Avenue** <br> **Monterey, CA 93940** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **104745** <br> **Muller Construction Supply** <br> **1230 Yard Court** <br> **San Jose, CA 95113-1048** | X | | **Corp debt** | X | | | **2,679.58** |
| ACCOUNT NO. **3717-339722-21003** <br> **Nationwide Credit** <br> **PO Box 740640** <br> **Atlanta, GA 30374-0640** | X | | **Corp debt** | X | | | **20,025.00** |
| ACCOUNT NO. **6267216** <br> **Nationwide Recovery** <br> **PO Box 702257** <br> **Dallas, TX 75370-2257** | | | **2008 on** | | | | **215.00** |

Sheet no. _____**23**_____ of _____**35**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **299,075.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NBIS** <br> **1900 Overlook III** <br> **2859 Paces Ferry Road** <br> **Atlanta, GA 30339** | | | **Corp debt** | X | X | X | **Notice only** |
| ACCOUNT NO. **#00899488-01** <br> **NCCS., Inc** <br> **P.O. Box 670** <br> **Santa Rosa, CA 95402** | X | | **Corp debt** | X | | | **596.77** |
| ACCOUNT NO. **ID#09232103185** <br> **NCI Credit, Inc.** <br> **P.O. Box 740640** <br> **Atlanta, GA 30374-0640** | X | | **Corp debt** | X | | | **4,629.56** |
| ACCOUNT NO. **ID#09046156312** <br> **NCI Credit, Inc.** <br> **P.O. Box 740640** <br> **Atlanta, GA 30374-0640** | X | | **Corp debt** | X | | | **6,022.33** |
| ACCOUNT NO. **ACCT# HD9228** <br> **NCO Financial Systems, Inc.** <br> **P.O. Box 15773** <br> **Wilmington, DE 19850-5773** | X | | **Corp debt** | X | | | **4,629.56** |
| ACCOUNT NO. **EU1148** <br> **NCO Financial Systems, Inc.** <br> **P.O. Box 15773** <br> **Wilmington, DE 19850-5773** | X | | **Corp debt** | X | | | **61,758.86** |
| ACCOUNT NO. <br> **Net 10 Internet Services, Inc.** <br> **1431 Fulton Road** <br> **Santa Rosa, CA 95403** | X | | **Corp debt** | X | | | **132.00** |

Sheet no. **24** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **77,769.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.         Case No. _____
_____
              Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Norcal Building Materials**<br>**PO Box 751222**<br>**Petaluma, CA  94975-7222** | X | | **Corp debt** | X | | | **36,841.85** |
| ACCOUNT NO.<br>**North Bay Phone Company, Inc.**<br>**2185 Tarata Place**<br>**Santa Rosa, CA  95403** | X | | **Corp debt** | X | | | **180.00** |
| ACCOUNT NO. **59-0686885 -1**<br>**North Bay Portables**<br>**P.O. Box 60**<br>**Ukiah, CA  95482-0600** | X | | **Corp debt** | X | | | **891.97** |
| ACCOUNT NO.<br>**North Coast Builders Exchange**<br>**P.O. Box 8070**<br>**Santa Rosa, CA  95407-7288** | X | | **Corp debt** | X | | | **546.00** |
| ACCOUNT NO.<br>**Northpoint Village**<br>**Stony Point & W. Hearn Avenue**<br>**Santa Rosa, CA  95407** | | | **Corp debt** | X | X | | **Notice only** |
| ACCOUNT NO. **0000103-lot No. 2696AG**<br>**Northpoint Village HOA**<br>**C/O SPS**<br>**PO Box 502048**<br>**San Diego, CA  92150-2048** | | | **2009** | | | | **1,000.00** |
| ACCOUNT NO. **6011-5642-0549-5293**<br>**Office Depot #5293**<br>**P.O. Box 689020**<br>**Des Moines, IA  50368-9020** | X | | **Corp debt** | X | | | **3,010.72** |

Sheet no.    **25**   of   **35**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
              (Total of this page)   $    **42,470.54**

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

**IN RE** White, Deborah J.                                           Case No. _____
                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6011-6562-0090-3816** | X | | **Corp debt** | X | | | |
| **Office Depot (djw)#3816** **P.O. Box 9029** **Des Moines, IA  50368-9029** | | | | | | | **2,514.54** |
| ACCOUNT NO. **42507355** | X | | **Corp debt** | X | | | |
| **Office Depot# 7355** **P O Box 70025** **Los Angeles, CA  90074-0025** | | | | | | | **1,355.64** |
| ACCOUNT NO. **A&W** | X | | **Corp debt** | X | | | |
| **Onit Designs** **John Novembri** **Santa Rosa, CA  95403** | | | | | | | **999.40** |
| ACCOUNT NO. **900 693 600 5792858 et al** | | | **Corp debt** | X | | | |
| **Paccar Fiinancial Corp** **10604 NE 38thy Place Ste 215** **Kirkland, WA  98033-7903** | | | | | | | **354,000.00** |
| ACCOUNT NO. | X | | **Corp debt** | X | | X | |
| **Pacific Mountain Partners Inc.** **2410 San Ramon Valley Blvd #230** **San Ramon, CA  94583** | | | | | | | **Notice only** |
| ACCOUNT NO. | | | **Corp debt** | X | | X | |
| **Pacific Window Corp** **C/O Minder & Assoc.** **2151 River Plaza Drive #290** **Sacramento, CA  95833** | | | | | | | **Notice only** |
| ACCOUNT NO. | | | **Corp debt** | X | | X | |
| **Peterson Painting** **C/O Archer Norris** **2033 North Main St #800** **Walnut Creek, CA  94596** | | | | | | | **Notice only** |

Sheet no. _____26_____ of _____35_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **358,869.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **White, Deborah J.** _____  Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **000-9090-0206-2441** <br> **Pitney Bowes (#2441)** <br> **P.O. Box 856042** <br> **Louisville, KY  40285-6042** | X | | **Corp debt** | X | | | 1,516.30 |
| ACCOUNT NO. **5977070002** <br> **Pitney Bowes Cr Corp (#5977070)** <br> **P.O. Box 856460** <br> **Louisville, KY  40285-6460** | X | | **Corp debt** | X | | | 453.58 |
| ACCOUNT NO. **ED671** <br> **Praxair** <br> **Dept. LA 21511** <br> **Pasadena, CA  91185-1511** | X | | **Corp debt** | X | | | 2,522.58 |
| ACCOUNT NO. **CAC-127549** <br> **Premium Finance Specialists** <br> **P.O. Box 5337** <br> **Concord, CA  94524** | X | | **Corp debt** | X | | | 13,537.31 |
| ACCOUNT NO. <br> **Principle Financial Group** <br> **3025 College Street** <br> **Grand Island, NE  68803-1706** | | | **Corp debt** | X | | | 175.00 |
| ACCOUNT NO. **C1D821-208651** <br> **Pro Solutions** <br> **PO Box 311** <br> **Pittsburg, CA  94565** | | | **2009** | | | | 3,070.00 |
| ACCOUNT NO. <br> **Sonoma Courtside Village** <br> **C/O Pro Solutions** <br> **PO Box 311** <br> **Pittsburg, CA  94565** | | | **Assignee or other notification for:** <br> **Pro Solutions** | | | | |

Sheet no. **27** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　(Total of this page) | $ | **21,274.77**

　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NAIC# CA1400 1269**<br>**Redwood Fire & Casualty Ins.**<br>**9290 West Dodge Rd., Ste 300**<br>**Omaha, NE 68114** | X | | **Corp debt** | X | | | **3,866.93** |
| ACCOUNT NO.<br>**Rental Solutions**<br>**5505 Broadway (Hwy 29)**<br>**American Canyon, CA 94503** | X | | **Corp debt** | X | | | **3,842.34** |
| ACCOUNT NO.<br>**RJH Geotech**<br>**C/O Lewis Brisbois Et Al**<br>**221 North Figueroa Street #1200**<br>**LA, CA 90012** | | | **Corp debt** | X | X | | **Notice only** |
| ACCOUNT NO. **CI#358231934-B1**<br>**RMS Collections**<br>**1000 Cir. 75 Pkwy, Ste 400**<br>**Atlanta, GA 30339** | X | | **Corp debt** | X | | | **486.35** |
| ACCOUNT NO. **CI#358231926-A**<br>**RMS Collections**<br>**11673**<br>**Atlanta, GA 30339** | X | | **Corp debt** | X | | | **556.05** |
| ACCOUNT NO. **W0702095**<br>**Robert W. Wright MD**<br>**3116 West March Lane**<br>**Suite 200**<br>**Stockton, CA 95219** | | | **2009** | | | | **600.00** |
| ACCOUNT NO. **File#202020216**<br>**Ronald Bell & Associates**<br>**1250 Barclay Blvd**<br>**Buffalo Grove, IL 60089** | X | | **Corp debt** | X | | | **32,301.93** |

Sheet no. **28** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,653.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                                Case No. _____
_____                                                 (If known)
               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Royal Flush** <br> **P.O. Box 8547** <br> **Santa Rosa, CA 95407** | X | | **Corp debt** | X | | | **277.50** |
| ACCOUNT NO. **30243** <br> **Royal Petroleum Co.** <br> **365 Todd Rd.** <br> **Santa Rosa, CA 95407** | X | | **Corp debt** | X | | | **6,502.95** |
| ACCOUNT NO. <br> **S & S Drywall** <br> **C/O Bruce Trevithick, Esq.** <br> **1999 Harrison Street #2070** <br> **Oakland, CA 94612** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **108** <br> **Santa Rosa Auto Parts** <br> **PO Box BB** <br> **Santa Rosa, CA 95402** | X | | **Corp debt** | X | | | **596.77** |
| ACCOUNT NO. **#SV0005494489** <br> **Santa Rosa Memorial Hospital** <br> **P.O. Box 4119** <br> **Santa Rosa, CA 95402-4119** | X | | **Corp debt** | X | | | **19,734.06** |
| ACCOUNT NO. <br> **Santa Rosa Recycling & Collection** <br> **P.O. Box 4299** <br> **Santa Rosa, CA 95402** | X | | **Corp debt** | X | | | **590.87** |
| ACCOUNT NO. <br> **Schwing America Inc.** <br> **NW 8832** <br> **Minneapolis, MN 55485-8832** | X | | **Corp debt** | X | | | **1,506.43** |

Sheet no. **29** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
             (Total of this page)     $ **29,208.58**

                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

**IN RE** **White, Deborah J.**                                                                 Case No. _____
_____                                                                              _____
Debtor(s)                                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5121-0750-6037-2922**<br>**Sears Credit Cards**<br>**PO Box 688957**<br>**Des Moines, IA  50368-8957** | | | **2006 on** | | | | **13,450.00** |
| ACCOUNT NO.<br>**Sears Credit Cards**<br>**PO Box 6937**<br>**The Lakes, NV  88901-6937** | | | **Assignee or other notification for:**<br>**Sears Credit Cards** | | | | |
| ACCOUNT NO.<br>**Sebastopol Bearing & Hydraulic Co., Inc.**<br>**6066 Sebastopol Rd.**<br>**Sebastopol, CA  95472** | X | | **Corp debt** | X | | | **52.70** |
| ACCOUNT NO. **918**<br>**Sebastopol Ready Mix, Inc.**<br>**P.O. Box 751222**<br>**Petaluma, CA  94975-1222** | X | | **Corp debt** | X | | | **351.25** |
| ACCOUNT NO.<br>**Sheehan Const.**<br>**C/O Van De Pol Et Al.**<br>**1600 South Main Plaza #325**<br>**Walnut Creek, CA  94596** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**SJ Cimino Electric**<br>**C/O James Cobb, Esq.**<br>**250 D Street #200**<br>**Santa Rosa, CA  95404** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Small Business Benefit Plan Trust**<br>**PO Box 156**<br>**Belmont, CA  94002-0156** | X | | **Corp debt** | X | | | **180.00** |

Sheet no. **30** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,033.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
               Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **300303**<br>**Smile Business Products**<br>**4525 Auburn Blvd**<br>**Sacramento, CA  95841** | X | | **Corp debt** | X | | | 1,254.45 |
| ACCOUNT NO. **190013**<br>**Sonoma County Central Collections**<br>**PO Box 3569**<br>**Santa Rosa, CA  95402-3569** | | | **Corp debt** | X | | | 208.00 |
| ACCOUNT NO.<br>**Sonya Williams**<br>**12427 130th Avenue Court East**<br>**Puyallup, WA  98374** | | | **2007** | | | | 292,000.00 |
| ACCOUNT NO.<br>**Southwest Post-Tension Systems, Inc.**<br>**3865 N. Pecos Road**<br>**Las Vegas, NV  89115** | X | | **Corp debt** | X | | | 13,750.00 |
| ACCOUNT NO.<br>**Squire Sanders & Dempsey**<br>**1 Maritime Plaza #300**<br>**SF, CA  94111** | X | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **SV0005494489**<br>**SR Memorial Hospital**<br>**P.O. Box 4119**<br>**Santa Rosa, CA  95402-4119** | X | | **Corp debt** | X | | | 19,734.06 |
| ACCOUNT NO. **713-0030550-08**<br>**State Comp Insurance Fund**<br>**P.O. Box 997432**<br>**Sacramento, CA  95899-7432** | X | | **Corp debt** | X | | | 28,400.00 |

Sheet no. **31** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **355,346.51**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.          Case No. _____
<br>_____ Debtor(s)                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Holiday Inn Express**<br><br>**Suraj Investments**<br>**2110 So. El Camino**<br>**San Mateo, CA 94403** | X | | **Corp debt** | X | | | **12,000.00** |
| ACCOUNT NO. **2146107-4**<br><br>**Sutter Medical Center**<br>**File NO. 73684**<br>**SF, CA 95160-3684** | | | **2009** | | | | **1,560.00** |
| ACCOUNT NO. **1499843**<br><br>**Sutter Medical Foundation North Bay**<br>**PO Box 255567**<br>**Sacramento, CA 95865-5567** | | | **2009** | | | | **1,270.00** |
| ACCOUNT NO.<br><br>**TA Ross Collections**<br>**1545 Saint Marks Place**<br>**Stockton, CA 95207** | | | **2005** | | | | **638.00** |
| ACCOUNT NO.<br><br>**TEC Of California, Inc.**<br>**8099 S. Coliseum Way**<br>**Oakland, CA 94621-1937** | X | | **Corp debt** | X | | | **46.96** |
| ACCOUNT NO. **#00778279**<br><br>**The Blue Book**<br>**PO Box 500**<br>**Jefferson Valley, NY 10535** | X | | **corp debt** | X | | | **3,758.26** |
| ACCOUNT NO. **10 CAA001269**<br><br>**The Homestate Companies(Auto)**<br>**Dept 1617**<br>**Denver, CO 80291-1617** | X | | **Corp debt** | X | | | **3,866.93** |

Sheet no. **32** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **23,140.15**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                     Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Lakes At Fountaingrove LLC**<br>**C/O Keith Koeller Esq.**<br>**3 Park Plaza #1500**<br>**Irvine, CA 92614** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO.<br>**Chad Dunnigan, Esq.**<br>**C/O Koeller Et Al.**<br>**1478 Stony Point Drive #400**<br>**Roseville, CA 95661** | | | **Assignee or other notification for:**<br>**The Lakes At Fountaingrove LLC** | | | | |
| ACCOUNT NO.<br>**Todd Jones, Esq.**<br>**Archer Norris**<br>**655 University Avenue #225**<br>**Sacramento, CA 95825-6747** | X | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **#43093524300026**<br>**TRS Recovery Services**<br>**P.O. Box 60012**<br>**City of Industry, CA 91716-0012** | X | | **Corp debt** | X | | | **64.40** |
| ACCOUNT NO. **#43093494301786**<br>**TRS Recovery Services**<br>**P.O. Box 60012**<br>**City of Industry, CA 91716-0012** | X | | **Corp debt** | X | | | **83.96** |
| ACCOUNT NO.<br>**Turner Bros.**<br>**10707 Corporate Drive #118**<br>**Stafford, TX 77477** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **URS#11968495**<br>**United Recovery Systems**<br>**P.O. Box 722929**<br>**Houston, TX 77272-2929** | X | | **Corp debt** | X | | | **4,629.56** |

Sheet no. __33__ of __35__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,777.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vaca Valley Roofing**<br>**C/O Lamore, Et Al.**<br>**1570 The Alameda #150**<br>**San Jose, CA  95126** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **871041842**<br>**Verizon Wireless**<br>**PO Box 9622**<br>**Mission Hills, CA  91346-9622** | X | | **Corp debt** | X | | | **4,703.36** |
| ACCOUNT NO.<br>**Warmington Valley Assoc.**<br>**C/O Bowman & Brooke LLP**<br>**1741 Technology Drive #200**<br>**San Jose, CA  95110** | | | **Corp debt** | X | | X | **Notice only** |
| ACCOUNT NO. **4465-3900-0550-9273**<br>**Wells Fargo Bank**<br>**PO Box 30086**<br>**LA, CA  90030-0086** | | | **2005 on** | | | | **6,138.00** |
| ACCOUNT NO.<br>**Wheeler Zamaroni**<br>**3500 Petaluma Hill Road**<br>**Santa Rosa, CA  95404** | X | | **Corp debt** | X | | | **170.35** |
| ACCOUNT NO. **23052000**<br>**White Cap**<br>**P.O. Box 39000 ; Dept 33020**<br>**San Francisco, CA  94139-3020** | X | | **Corp debt** | X | | | **3,096.00** |
| ACCOUNT NO. **File # 3628545**<br>**Zwicker & Associates**<br>**1320 Willow Pass Rd., Suite 730**<br>**Concord, CA  94520** | X | | **Corp debt** | X | | | **4,629.56** |

Sheet no. ___**34**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **18,737.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                     Case No. _____
         Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **File # 3518192** <br><br> **Zwicker & Associates** <br> **1320 Willow Pass Rd., Suite 730** <br> **Concord,    94520** | X | | **Corp debt** | X | | | **58,497.33** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **35** of **35** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **58,497.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **3,573,535.56**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                          Case No. _____
_____                                    _____
              Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>White, Deborah J.</u>      Case No. _____
<p style="text-align:center">Debtor(s)              (If known)</p>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A & W Concrete Construction Inc.**<br>**PO Box 7288**<br>**Santa Rosa, CA  95407** | **Aaction Rents**<br>**10510 Old Redwood Hwy**<br>**Windsor, CA  95492**<br><br>**Adam & Sheldon Doss Partnership**<br>**3809 Stony Point Road**<br>**Santa Rosa, CA  95402**<br><br>**ADT Security Services #3381**<br>**P. O. Box 371956**<br>**Pittsburgh, PA  15250-7956**<br><br>**ADT Security Services #8716**<br>**PO Box 371956**<br>**Pittsburgh, PA  15250-7956**<br><br>**Aegis Receivables Mgmt Inc.**<br>**P.O. Box 165809**<br>**Irving, TX  75016**<br><br>**Alcohol & Drug Testing Services**<br>**6025 Labath Avenue Suite 10**<br>**Rohnert Park, CA  94928**<br><br>**Alhambra & Sierra Springs**<br>**P.O. Box 660579**<br>**Dallas, TX  75266-0579**<br><br>**Alliance One Rec Mgmt**<br>**6565 Kimball Dr., Ste 200**<br>**Gig Harbor, WA  98335**<br><br>**American Express  (Blue 71007)**<br>**Box 0001**<br>**Los Angeles, CA  90096-8000**<br><br>**American Express (Centurion 81005)**<br>**Box 0001**<br>**Los Angeles, CA  90096-8000**<br><br>**American Express (Corp 91001)**<br>**Box 0001**<br>**Los Angeles, CA  90096-8000**<br><br>**American Express Publishing**<br>**P.O. Box 1334**<br>**Des Plaines, IL  60017-1334**<br><br>**Armstrong & Associates**<br>**PO Box 1270** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____
   <span style="font-size:small">Debtor(s)</span>                                    <span style="font-size:small">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Woodland, CA  95776-1270 |
| | **Austin Creek Aggregates**<br>**600 Austin Creek Rd**<br>**Cazadero, CA  95421** |
| | **Austin Creek Ready Mix, Inc.**<br>**600 Austin Creek Rd**<br>**Cazadero, CA  95421** |
| | **Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE  19886-5710** |
| | **Blue Book of Building & Construction**<br>**P.O. Box 500**<br>**Jefferson Valley, NY  10535** |
| | **California Overnight**<br>**1075 Montague Expy**<br>**Milpitas, CA  95035** |
| | **Canyon Rock Co., Inc**<br>**7525 Highway 116**<br>**Forestville, CA  95436** |
| | **Capital One 4754**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** |
| | **Capital One Services**<br>**P.O. Box 30285**<br>**Salt Lake City, UT  84130-0285** |
| | **Captial One FSB 9626**<br>**P.O. Box 60599**<br>**City of Industry, CA  91716-0599** |
| | **Citibank USA (djw 2491)**<br>**P.O. Box 689197**<br>**Des Moines, IA  50368-9197** |
| | **Citibank USA (maaf 4235)**<br>**P.O Box 689197**<br>**Des Moines, IA  50368-9197** |
| | **Citibusiness (Sedemar9354)**<br>**P.O. Box 6401**<br>**The Lakes, NV  88901-6401** |
| | **CitiBusiness Platinum (#7858)**<br>**P.O. Box 6077**<br>**Sioux Falls, SD  57117-6077** |
| | **City of Santa Rosa**<br>**P.O. Box 1673**<br>**Santa Rosa, CA  95402-1673** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**                                    Case No. _____
_____
             Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **CNH Capital**<br>**P.O. Box 3900**<br>**Lancaster, PA 17604-3900**<br><br>**Coface Collections of No. America**<br>**Interstate Concrete Pump**<br>**P.O. Box 8510**<br>**Metairie, LA 70011-8510**<br><br>**Commercial Collection Bureau**<br>**Muller Construction**<br>**P.O. Box 25067**<br>**St. Paul, MN 55125**<br><br>**CPCNC**<br>**6966 Sunrise Blvd #3209**<br>**Citrus Heights, CA 95610**<br><br>**Creditsolve**<br>**P.O. Box 48439**<br>**Minneapolis, MN 55448-0439**<br><br>**CRF Solutions**<br>**2051 Royal Ave**<br>**Simi Valley, CA 93065**<br><br>**CSK Auto, Inc.**<br>**P.O. Box 51912**<br>**Los Angeles, CA 90051-6212**<br><br>**De Lage Landen**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602**<br><br>**Debt Alert**<br>**P.O. Box 539**<br>**Richfield, OH 44286**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX 78750**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX 78750**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX 78750**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX 78750**<br><br>**Devine and Service Ltd.**<br>**13809 Research Blvd, Suite 800**<br>**Austin, TX 78750** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.**          Case No. _____

<div align="center">Debtor(s)             (If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | Department of Motor Vehicles<br>Motor Carrier Permit Branch MS: G875<br>Sacramento, CA  94232-3700 |
|  | DHC Supplies, Inc.<br>3790 Omec Circle<br>Rancho Cordova, CA  95742-7303 |
|  | Digital Prints & Imaging<br>375 Tesconi Circle<br>Santa Rosa, CA  95401 |
|  | EDD - Employment Dev Dept<br>P.O. Box 826846<br>Sacramento, CA  94246-0001 |
|  | FasTrak<br>Violations Processing Department<br>San Francisco, CA  94126 |
|  | Fireman's Fund Insurance<br>Dallas CSC<br>Dallas, TX  75221 |
|  | First Community Bank<br>438 1st Street<br>Santa Rosa, CA  95404 |
|  | First Community Bank<br>438 1st Street<br>Santa Rosa, CA  95404 |
|  | First Community Bank<br>438 1st Street<br>Santa Rosa, CA  95404 |
|  | First Community Bank<br>438 1st Street<br>Santa Rosa, CA  95404 |
|  | First Insurance Funding Corp<br>P.O. Box 3306<br>Northbrook, IL  60065-3306 |
|  | FMCC 041634436 Ford Escape<br>P.O. Box 7172<br>Pasadena, CA  91109-7172 |
|  | Friedman's Home Improvment<br>4055 Santa Rosa Ave.<br>Santa Rosa, CA  95407 |
|  | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94257-0511 |
|  | Global Credit Coll Corp<br>P.O. Box 71083 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Charlotte, NC  28272-1083<br><br>GC Services Ltd Partnership<br>P.O. Box 46960<br>St Louis, MO  63146<br><br>Goldenomega( Lien Writer)<br>5049 Robert J Mathews Pkwy, Suite 400<br>El Doragdo Hills, CA  95762<br><br>Hansel Ford<br>3075 Corby Ave<br>Santa Rosa, CA  95407<br><br>Hertz Equipment Rental<br>P.O. Box 26360<br>Oklahoma City, OK  73126<br><br>Home Depot<br>P.O. Box 9172<br>Des Moines, IA  50368-9172<br><br>International Credit Auditors<br>P.O. Box 48439<br>Minneapolis, MN  55448-0439<br><br>Interstate Concrete Pumping<br>11180 Vallejo Ct.<br>French Camp, CA  95231<br><br>IPA<br>1250 Barclay Blvd<br>Buffalo Grove, IL  60089<br><br>Jim-n-i rentals<br>P.O. Box 4740<br>Santa Rosa, CA  95402<br><br>Kenneth G. Schivone<br>1942 Lexington Ave No., Suite 1<br>Roseville, MN  55113<br><br>Law Offices of James West, PC<br>6380 Rogerdale Rd., Ste 130<br>Houston, TX  77072-1624<br><br>Law Offices of Bryon M. Grundon<br>16870 W. Bernardo Dr., Ste 400<br>San Diego, CA  92127<br><br>Les Schwab Tires<br>1600 Santa Rosa Ave<br>Santa Rosa, CA  95404<br><br>Mann Bracken LLP<br>Two Irvington Ctr, 702 King Farm Blvd<br>Rockville, MD  20850-5775 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____  Case No. _____
<div align="center">Debtor(s)                                      (If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **McCarthy, Burgess & Wolff**<br>**2600 Cannon Rd**<br>**Cleveland, OH 44146** |
| | **McCarthy, Burgess & Wolff**<br>**2600 Cannon Rd**<br>**Cleveland, OH 44146** |
| | **Medeiros Concrete Pumping**<br>**P.O. Box 4055**<br>**Santa Rosa, CA 95402-4055** |
| | **Muller Construction Supply**<br>**1230 Yard Court**<br>**San Jose, CA 95113-1048** |
| | **NCCS., Inc**<br>**P.O. Box 670**<br>**Santa Rosa, CA 95402** |
| | **NCI Credit, Inc.**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374-0640** |
| | **NCI Credit, Inc.**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374-0640** |
| | **NCO Financial Systems, Inc.**<br>**P.O. Box 15773**<br>**Wilmington, DE 19850-5773** |
| | **NCO Financial Systems, Inc.**<br>**P.O. Box 15773**<br>**Wilmington, DE 19850-5773** |
| | **Net 10 Internet Services, Inc.**<br>**1431 Fulton Road**<br>**Santa Rosa, CA 95403** |
| | **Norcal Building Materials**<br>**PO Box 751222**<br>**Petaluma, CA 94975-7222** |
| | **North Bay Phone Company, Inc.**<br>**2185 Tarata Place**<br>**Santa Rosa, CA 95403** |
| | **North Bay Portables**<br>**P.O. Box 60**<br>**Ukiah, CA 95482-0600** |
| | **North Coast Builders Exchange**<br>**P.O. Box 8070**<br>**Santa Rosa, CA 95407-7288** |
| | **Office Depot #5293**<br>**P.O. Box 689020** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____  Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Des Moines, IA  50368-9020 |
| | **Office Depot (djw)#3816**<br>P.O. Box 9029<br>Des Moines, IA  50368-9029 |
| | **Office Depot# 7355**<br>P O Box 70025<br>Los Angeles, CA  90074-0025 |
| | **Onit Designs**<br>John Novembri<br>Santa Rosa, CA  95403 |
| | **Pitney Bowes (#2441)**<br>P.O. Box 856042<br>Louisville, KY  40285-6042 |
| | **Pitney Bowes Cr Corp (#5977070)**<br>P.O. Box 856460<br>Louisville, KY  40285-6460 |
| | **Praxair**<br>Dept. LA 21511<br>Pasadena, CA  91185-1511 |
| | **Premium Finance Specialists**<br>P.O. Box 5337<br>Concord, CA  94524 |
| | **RMS Collections**<br>1000 Cir. 75 Pkwy, Ste 400<br>Atlanta, GA  30339 |
| | **RMS Collections**<br>11673<br>Atlanta, GA  30339 |
| | **Redwood Fire & Casualty Ins.**<br>9290 West Dodge Rd., Ste 300<br>Omaha, NE  68114 |
| | **Rental Solutions**<br>5505 Broadway (Hwy 29)<br>American Canyon, CA  94503 |
| | **Ronald Bell & Associates**<br>1250 Barclay Blvd<br>Buffalo Grove, IL  60089 |
| | **Royal Flush**<br>P.O. Box 8547<br>Santa Rosa, CA  95407 |
| | **Royal Petroleum Co.**<br>365 Todd Rd.<br>Santa Rosa, CA  95407 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                                    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Santa Rosa Auto Parts**<br>**PO Box BB**<br>**Santa Rosa, CA  95402** |
| | **Santa Rosa Memorial Hospital**<br>**P.O. Box 4119**<br>**Santa Rosa, CA  95402-4119** |
| | **Santa Rosa Recycling & Collection**<br>**P.O. Box 4299**<br>**Santa Rosa, CA  95402** |
| | **Schwing America Inc.**<br>**NW 8832**<br>**Minneapolis, MN  55485-8832** |
| | **Sebastopol Bearing & Hydraulic Co., Inc.**<br>**6066 Sebastopol Rd.**<br>**Sebastopol, CA  95472** |
| | **Sebastopol Ready Mix, Inc.**<br>**P.O. Box 751222**<br>**Petaluma, CA  94975-1222** |
| | **Smile Business Products**<br>**4525 Auburn Blvd**<br>**Sacramento, CA  95841** |
| | **Lyon Financial Services**<br>**PO Box 790448**<br>**St. Louis, MO  63179** |
| | **Southwest Post-Tension Systems, Inc.**<br>**3865 N. Pecos Road**<br>**Las Vegas, NV  89115** |
| | **State Comp Insurance Fund**<br>**P.O. Box 997432**<br>**Sacramento, CA  95899-7432** |
| | **SR Memorial Hospital**<br>**P.O. Box 4119**<br>**Santa Rosa, CA  95402-4119** |
| | **TEC Of California, Inc.**<br>**8099 S. Coliseum Way**<br>**Oakland, CA  94621-1937** |
| | **The Blue Book**<br>**PO Box 500**<br>**Jefferson Valley, NY  10535** |
| | **The Homestate Companies(Auto)**<br>**Dept 1617**<br>**Denver, CO  80291-1617** |
| | **TRS Recovery Services**<br>**P.O. Box 60012** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                                    Case No. _____
                    Debtor(s)                                                                                (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | City of Industry, CA 91716-0012 |
| | TRS Recovery Services<br>P.O. Box 60012<br>City of Industry, CA 91716-0012 |
| | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX 77272-2929 |
| | Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 |
| | Wheeler Zamaroni<br>3500 Petaluma Hill Road<br>Santa Rosa, CA 95404 |
| | White Cap<br>P.O. Box 39000 ; Dept 33020<br>San Francisco, CA 94139-3020 |
| | Zwicker & Associates<br>1320 Willow Pass Rd., Suite 730<br>Concord, CA 94520 |
| | Zwicker & Associates<br>1320 Willow Pass Rd., Suite 730<br>Concord, 94520 |
| | Nationwide Credit<br>PO Box 740640<br>Atlanta, GA 30374-0640 |
| | Licensed Contractors Ins. Agency<br>9828 Business Park Drive Ste A<br>Sacramento, CA 95827 |
| | Sonoma County Tax Collector<br>585 Fiscal Drive Room 100F<br>Santa Rosa, CA 95402 |
| | AK Plastering<br>C/O McCarthy & McCarthy<br>505 14th Street #1150<br>Oakland, CA 94612 |
| | Squire Sanders & Dempsey<br>1 Maritime Plaza #300<br>SF, CA 94111 |
| | Todd Jones, Esq.<br>Archer Norris<br>655 University Avenue #225<br>Sacramento, CA 95825-6747 |
| | Pacific Mountain Partners Inc.<br>2410 San Ramon Valley Blvd #230 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.           Case No. _____

<div align="center">Debtor(s)         (If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Debmar Management Corp.**<br>**PO Box 7288**<br>**Santa Rosa, CA  95407** | San Ramon, CA  94583<br><br>**Suraj Investments**<br>**2110 So. El Camino**<br>**San Mateo, CA  94403**<br><br>**Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA  94257-0511**<br><br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**1301 Clay Street Stop 1400S**<br>**Oakland, CA  94612-5210**<br><br>**Aramark Uniform Services**<br>**PO Box 5826**<br>**Concord, CA  95424-0826**<br><br>**Information Technology Group**<br>**3855 Montgomery Drive**<br>**Santa Rosa, CA  95405**<br><br>**Small Business Benefit Plan Trust**<br>**PO Box 156**<br>**Belmont, CA  94002-0156**<br><br>**American Contractors Indemnity Company**<br>**601 S. Figueroa Street   Ste 1600**<br>**Los Angeles, CA  90017** |
| **Marco Ayala Flores**<br>**4053 Louis Krohn Drive**<br>**Santa Rosa, CA  95407** | **First Community Bank**<br>**438 First Street**<br>**Santa Rosa, CA  95404**<br><br>**EMC Mortgage**<br>**PO Box 660753**<br>**Dallas, TX  75266-0753**<br><br>**EDD - Employment Dev Dept**<br>**P.O. Box 826846**<br>**Sacramento, CA  94246-0001**<br><br>**First Community Bank**<br>**438 1st Street**<br>**Santa Rosa, CA  95404**<br><br>**Lyon Financial Services**<br>**PO Box 790448**<br>**St. Louis, MO  63179**<br><br>**Leaf Funding**<br>**PO Box 644006**<br>**Cincinnati, OH  45264-4006** |
| **Sedemar Pumping & Trucking Inc.**<br>**PO Box 7288**<br>**Santa Rosa, CA  95407** | **EDD - Employment Dev Dept**<br>**P.O. Box 826846**<br>**Sacramento, CA  94246-0001**<br><br>**American Express** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **White, Deborah J.** _____ Case No. _____

<div align="center">Debtor(s)                             (If known)</div>

<div align="center">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Customer Service**<br>**PO Box 981537**<br>**El Paso, TX 79998-1537**<br><br>**Allilant Law Group**<br>**Po Box 468569**<br>**Atlanta, GA 31146**<br><br>**DMV**<br>**PO Box 942894**<br>**Sacramento, CA 94294-0894**<br><br>**Leaf Funding**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006**<br><br>**HCC Surety Group**<br>**Dept 6642**<br>**LA, CA 90084-6642** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                         Case No. _____
_____
Debtor(s)                                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Currently Unemployed** | |
| Name of Employer | **Construction Company Manager Presently Unemp** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 1.00 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 1.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **Unemployment Benefits** | $ 1,900.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 1,900.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,901.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                $ 1,901.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **Debtor has been receiving unemployment benefits since early January 2010.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J. _____  Case No. _____
_____
          Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,125.00 |
|    a. Are real estate taxes included?  Yes ____ No ✓ | |
|    b. Is property insurance included?  Yes ____ No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 250.00 |
|    b. Water and sewer | $ 100.00 |
|    c. Telephone | $ 100.00 |
|    d. Other  **Cable, Cell Phone, Internet** | $ 150.00 |
|    _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 90.00 |
|    b. Life | $ 510.00 |
|    c. Health | $ 610.00 |
|    d. Auto | $ 108.00 |
|    e. Other | $ |
|    _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 598.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Unitemized Personal Expenses, Haircuts, Childrens Allow. Etc** | $ 150.00 |
|    _____ | $ |
|    _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.  | $ 5,811.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 1,901.00 |
|    b. Average monthly expenses from Line 18 above | $ 5,811.00 |
|    c. Monthly net income (a. minus b.) | $ -3,910.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** White, Deborah J.                                      Case No. _____
<span style="float:right">(If known)</span>

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 62 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 2, 2010** _____     Signature: _/s/ Deborah J. White_ _____
<span style="float:right">Debtor</span>

**Deborah J. White**

Date: _____     Signature: _____
<span style="float:right">(Joint Debtor, if any)</span>

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Northern District of California

**IN RE:**                                            Case No. _____

**White, Deborah J.** _____     Chapter **7** _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE
4,500.00    Income 2010 year to date

185,355.00  Income 2009 (adjusted gross income $185,355 -- includes $132,000 gross in gambling winnings, but gambling losses exceeded gambling winnings and losses taken as itemized deduction on return. Gross income not counting gambling receipts/losses was apx. $52,000)

169,150.00  Income 2008 (adjusted gross per tax return -- includes $38,000 gross in gambling winnings, but gambling losses exceeded gambling winnings and losses taken as itemized deduction on return. Also includes $28,000 in IRA distributions)

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE
2,375.00    Unemployment income 2010

28,383.00   Cashed out IRA accounts 2008 (to put into business)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital One Mortgage** | **House payment $2,124 per month last 3 months** | **6,372.00** | **561,000.00** |
| **GMAC Auto**<br>**2527 Camino Ramon Ste 35**<br>**San Ramon, CA 94583** | **Car payment $597 per month last 3 months** | **1,791.00** | **17,000.00** |
| **First Community Bank**<br>**438 First Street**<br>**Santa Rosa, CA 95404** | **House payment $5400 (for November and December 2009)** | **5,400.00** | **454,000.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hansel Ford v. A & W Concrete et al - SM Claims 176812** | **Suit for money owed** | **Sonoma County Superior Court - Small Claims** | **Judgment entered 2009** |
| **American Express Bank FSB v. White - MCV 208164** | **Suit for money owed** | **Sonoma County Superior Court - Santa Rosa, CA** | **Default Judgment entered 1/10** |
| **Chase Bank v. White - MCV 206508** | **Suit for money owed** | **Sonoma County Superior Court - Santa Rosa** | **Filed 2009** |
| **Lyon Financial v. A & W Concrete et al. - SCV 245181** | **Suit for money owed** | **Sonoma County Superior Court - Santa Rosa** | **Judgment entered 2009** |
| **Leaf Funding Inc. v. Sedmar Pumping et al - SCV 244532** | **Suit for money owed** | **Sonoma County Superior Court - Santa Rosa** | **Judgment entered 2009** |
| **Alfonzo v. Warmington Homes et al. - Solono FCS032507** | **Suit for money owed** | **Solono County Superior Court - Fairfield, CA** | **Suit for construction defects** |
| **STRS Ohio CA Real Estate Investments LLC v. Alcal et al - SCV 246738** | **Suit for money owed, multi party, construction defect** | **Sonoma County Superior Court - Santa Rosa, CA** | **Pending - filed 2/10** |
| **Northpoint Pacific Mtn Partners v. Does 1-100 - SCV 242811** | **Suit for money owed - construction defect** | **Sonoma County Superior Court - Santa Rosa, CA** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Debtor had gambling losses over last 24 months -- net loss over 24 months apx. $10,000.** | **Gambling at River Rock Casino** | |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Jamond**<br>**200 Fourth Street #300**<br>**Santa Rosa, CA  95401** | **2/25/10** | **4,633.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Community Bank** | **Closed out 2 small personal** | **Apx 2/09 -- balance in accounts at** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **A & W Concrete Construction Inc.**<br>**PO Box 7288**<br>**Santa Rosa, CA 95407** | **Debtor is signatory on corp checking accounts at First Community Bank, Santa Rosa, CA** | **Corp checking accounts -- nil value** |
| **James McKenney**<br>**San Francisco, CA** | **Debtor holds power of attorney on brother's bank account at First Republic Bank, San Francisco, to pay bills when brother is traveling** | **Balance in account apx. $970** |

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1577 Shay Drive, Santa Rosa, CA 95401  -- 1991 to present** | | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **A & W Concrete Construction Inc.** | **94-3384706** | **PO Box 7288 Santa Rosa, CA 95407** | **Concrete Construction** | **Began 1/01 - C corp - Debtor has 50% shareholder interest and is Vice President and Director of corporation. Corporation currently has 1 small job ongoing.** |
| **Sedemar Pumping & Trucking Inc.** | **20-3747712** | **PO Box 7288 Santa Rosa, CA 95407** | **Trucking Company** | **Began 11/05. Debtor is 50% shareholder - President and Director. Company ceased doing business January 2009** |
| **Debmar Management Corp.** | **20-3747743** | **PO Box 7288 Santa Rosa, CA 95407** | **Management company - managed A & W Concrete and Sedemar Pumping & Trucking** | **Began 11/05. Debtor is 50% shareholder and President and Director. Ceased doing business January 2009.** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Michael Leung**
**Lapidos, Leung CPAs**
**2424 Pine Street**
**SF, CA 94115**

DATES SERVICES RENDERED
**Tax returns last few years**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **March  2, 2010** _____   Signature  ***/s/ Deborah J. White*** _____
                                          of Debtor                                    **Deborah J. White**

Date: _____   Signature _____
                                          of Joint Debtor
                                          (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only