IN RE **White, Deborah J.**      Case No. **10-10723**
Debtor(s)      (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| **Checking account, First Community Bank, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 6.00 | 6.00 |
| **Checking account, First Community Bank, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| **Checking account, Redwood Credit Union, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 25.00 | 25.00 |
| **Savings account, Redwood Credit Union, Santa Rosa, CA** | CCCP § 703.140(b)(5) | 102.00 | 102.00 |
| **Household goods, furniture, furnishings, personal effects, tools, provisions, supplies, computer, other misc.** | CCCP § 703.140(b)(3) | 10,000.00 | 10,000.00 |
| **Misc. books, pictures, 2 paintings (no artist), Fenton Glassware Collection, other misc.** | CCCP § 703.140(b)(3)<br>CCCP § 703.140(b)(5) | 1,000.00<br>1,500.00 | 2,500.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Misc. jewelry** | CCCP § 703.140(b)(4)<br>CCCP § 703.140(b)(5) | 1,350.00<br>2,150.00 | 3,500.00 |
| **Term Life Insurance with New York Life - death benefit $1 million - no cash or loan value.** | CCCP § 703.140(b)(8) | 100% | nil |
| **50% shareholder interest in A & W Concrete Construction, Inc. (nil value, company insolvent)** | CCCP § 703.140(b)(5) | 1,000.00 | nil |
| **Unemployment benefits $475 per week** | CCCP § 703.140(b)(10)(c) | 1.00 | 475.00 |
| **Misc. office equipment, desk, fax, computer** | CCCP § 703.140(b)(6) | 1,000.00 | 1,000.00 |
| **Post petition rent received from A & W Concrete Inc for month to month tenancy of premises at 3191 Sebastopol Road, Santa Rosa, CA. Debtor received $6,000 in post-petition rents; rents are subject to security interest and assignment of rents clause held by senior lender on property, First Community Bank.**<br><br>**Debtor is claiming entire $6,000 gross rents received as exempt under CCP 703.140(b)(5). Debtor does not anticipate receiving any further rents from corporation, as corporation is without further funds to continue to pay any rent.** | CCCP § 703.140(b)(5) | 6,000.00 | 6,000.00 |
| **State and Fed Income tax refund rights 2009 (likely to be set off against existing tax Debt)** | CCCP § 703.140(b)(5) | 3,000.00 | 3,000.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **White, Deborah J.**                                   Case No. **10-10723**
                    Debtor(s)                                              (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**62**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 27, 2010**          Signature: */s/ Deborah J. White*
                                            **Deborah J. White**                                         Debtor

Date: _____            Signature: _____
                                                                                (Joint Debtor, if any)
                                            [If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.